FILED
CLERK
12:04 pm, Aug 06, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

LINDA LASER, ON BEHALF OF HERSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                     Plaintiffs,

v.

ZAKARY HAGEMANN ARCHITECTS, P.C. d/b/a
ZAKARY HAGEMANN ARCHITECTS and 34
AUDREY AVENUE CORP.,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ECF CASE
No.: 2:20-cv-00488-GRB-AYS

**NOTICE OF SETTLEMENT**

    Now comes the Plaintiff LINDA LASER, on behalf of herself and all other persons similarly situated, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

    1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

    2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Dated: Melville, New York
         August 5, 2020

        Respectfully submitted,
THE LAW OFFICE OF DARRYN G.
SOLOTOFF, PLLC

           s/Darryn G. Solotoff
Darryn G. Solotoff
25 Melville Park Road, Suite 108
Melville, New York 11747
Phone: 516.695-0052
ds@lawsolo.net
*Attorney for Plaintiff*


ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: August 6, 2020
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.