IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
LINDA LASER and On Behalf of All Others
Similarly Situated,

          Civil Action No.: 20-cv-0488 (GRB)(AYS)

       Plaintiffs,

- against -

ZAKARY HAGEMANN ARCHITECTS, P.C.,
d/b/a ZAKARY HAGEMANN ARCHITECTS
and 34 AUDREY AVENUE CORP.,

       Defendants.
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, LINDA LASER and On Behalf of All Others Similarly Situated, and Defendants, ZAKARY HAGEMANN ARCHITECTS, P.C., d/b/a ZAKARY HAGEMANN ARCHITECTS and 34 AUDREY AVENUE CORP. by and through their respective counsel, that the above-captioned matter, including all claims and defenses against each other in the matter, is dismissed with prejudice, and with each party bearing their own attorneys' fees and costs.

Respectfully submitted,

| LAW OFFICE OF<br>DARRYN G. SOLOTOFF, PLLC | THE LAW OFFICES OF<br>CHRISTOPHER P. DI GIULIO, P.C. |
|---|---|
| By Counsel | By Counsel |
| Darryn Solotoff, Esq.<br>25 Melville Park Road, Ste 108<br>Melville, New York 10014<br>*Attorneys for Linda Laser*<br>T: (516) 858-0234 | Christopher P. Di Giulio, Esq.<br>180 West 80th Street, Suite 209<br>New York, New York 10024<br>*Attorneys for Defendant Zakary Hagemann*<br>*Architects, P.C., d/b/a Zakary Hagemann*<br>*Architects*<br>T: (212) 514-7800 |

CHARTWELL LAW

By Counsel

*Linda Fridegotto*

Linda Fridegotto, Esq.
One Battery Park Plaza, 35th Floor
New York, New York 10004
*Attorneys for Defendant*
*34 Audrey Avenue Corp.*
T: (212) 968-2300

Dated: November 24, 2020
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.